NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

SUPREMA, INC. AND MENTALIX, INC.,
*Appellants,*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee,*

AND

CROSS MATCH TECHNOLOGIES, INC.,
*Intervenor.*

2012-1170

On appeal from the United States International Trade Commission in Investigation No. 337-TA-720.

ON MOTION

O R D E R

Upon consideration of Google Inc.'s motion for leave to file an amicus curiae brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY 1 7 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Darryl M. Woo, Esq.
     Clint A. Gerdine, Esq.
     Maximilian A. Grant, Esq.
     Daryl Joseffer, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAY 1 7 2012**

**JAN HORBALY**
**CLERK**